NO. 07-10-00370-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 7, 2011

IN THE INTEREST OF J.D.O., JR., A CHILD

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 74,608-D; HONORABLE DON R. EMERSON, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Ja'Mario Oliver has filed a motion to dismiss his appeal. Tex. R. App. P. 42.1(a)(1). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal. *Id.* All costs herein having been paid, no order pertaining to the costs is made. No motion for rehearing from appellant will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice